Electronically Filed
Intermediate Court of Appeals
CAAP-16-0000625
05-MAY-2017
08:23 AM

NO. CAAP-16-0000625

IN THE INTERMEDIATE COURT OF APPEALS

OF THE STATE OF HAWAI'I

CANAAN CONSTRUCTIONS, LTD., Lienor-Appellant,
v.
JULIA LIN PEARSON, et al., Respondents-Appellees,
and
JOHN DOES 1-10, JANE DOES 1-10, DOE CORPORATIONS 1-10,
DOE PARTNERSHIPS 1-10, DOE "NON-PROFIT" CORPORATIONS 1-10,
DOE ASSOCIATIONS 1-10, AND DOE GOVERNMENTAL ENTITIES 1-10,
Respondents

APPEAL FROM THE CIRCUIT COURT OF THE FIRST CIRCUIT
(M.L. NO. 15-1-000013)

ORDER DISMISSING THE APPEAL PURSUANT TO HRAP RULE 30
(By: Leonard, Presiding Judge, Reifurth and Chan, JJ.)

Upon review of the record, it appears that:

(1) On March 16, 2017, the court granted Lienor-Appellant Canaan Construction, Ltd.'s (Appellant) motion for relief from default of the opening brief, and extended the opening brief due date to April 7, 2017. The court cautioned Appellant that any further default of the opening brief may result in sanctions, including the appeal being dismissed;

(2) Appellant did not file the opening brief or request an extension of time;

(3) On April 11, 2017, the appellate clerk notified Appellant that the time for filing the opening brief had expired, the matter would be called to the court's attention on April 21, 2017, for appropriate action, which could include dismissal of the appeal, pursuant to Hawai'i Rules of Appellate Procedure Rule 30, and Appellant may request relief from default by motion; and

(4) Appellant took no further action in this appeal.

Therefore, IT IS HEREBY ORDERED that the appeal is dismissed.

DATED: Honolulu, Hawai'i, May 5, 2017.

Presiding Judge

Associate Judge

Associate Judge

-2-